| | |
|---|---|
| 1 | MEGHANN A. TRIPLETT (SBN 268005) |
| | *Meghann@MarguliesFaithLaw.com* |
| 2 | SAMUEL M. BOYAMIAN (SBN 316877) |
| | *Samuel@MarguliesFaithLaw.com* |
| 3 | **MARGULIES FAITH LLP** |
| | 16030 Ventura Blvd., Suite 470 |
| 4 | Encino, California 91436 |
| | Telephone: (818) 705-2777 |
| 5 | Facsimile:  (818) 705-3777 |
| 6 | Attorneys for Plaintiff, Jeremy W. Faith, |
| | Chapter 7 Trustee |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| In re: | Case No.: 9:23-bk-10241-RC |
|---|---|
| SUSTENANCE INC., | Chapter: 7 |
| Debtor. | **NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING COMPROMISE OF CONTROVERSY WITH CAPITAL ONE, N.A.** |
| | [No Hearing Required Unless Requested Local Bankruptcy Rule 9013-1(o)] |

**TO THE HONORABLE RONALD A. CLIFFORD III, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Jeremy W. Faith, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate ("Estate") of Sustenance, Inc. (the "Debtor"), has filed the "Chapter 7 Trustee's Motion for Order Authorizing Trustee to Compromise Controversy Pursuant to F.R.B.P. 9019; Memorandum of Points and Authorities; Declaration of Jeremy W. Faith in Support Thereof; and Exhibit" (the "Motion") pursuant to Federal Rule of Bankruptcy Procedure (F.R.B.P.) 9019 and Local Bankruptcy Rule (L.B.R.) 9013-1(o), seeking an order authorizing the compromise between the Trustee and Capital One, N.A. ("Capital One").

/ / /

**PLEASE TAKE FURTHER NOTICE** that The Trustee, in the exercise of his business judgment, has determined it is in the best interest of the Estate to resolve all claims against Capital One in the related adversary proceeding pending as *Faith v. Capital One, et al.*, adversary case number 9:25-ap-01015-RC (the "Adversary Proceeding"), on the terms set forth in the "Settlement and Release Agreement" (the "Settlement Agreement") attached to the Motion as <u>Exhibit A</u>.

In the context of the Adversary Proceeding, the Trustee alleged that the Debtor made pre-petition payments to Capital One totaling $89,951.27 within the 3-years immediately prior to the Petition Date (the "Transfers") that are avoidable as either actual or constructive fraudulent transfers pursuant to 11 U.S.C. §§ 544(b) and 548, and California Civil Code §§ 3439.04(b), 3439.05 and 3439.07, and subject to recovery by the Trustee (the "Avoidance Claim").

Following the filing of the Complaint, the Parties engaged in settlement communications and exchanged documents related to the Avoidance Claim. The Trustee with the assistance of his counsel determined that there are significant litigation risks attendant to the continued prosecution of the Avoidance Claim, and absent the Agreement, Capital One may be able to defend a portion of the payments at issue. In lieu of the expense and risks associated with litigation, the Trustee reached the proposed settlement with Capital One to resolve the Avoidance Claim for $21,000, which is just over 80% of the money paid to the non-company cards. The Agreement also provides for a mutual general release of claims, allowance of Capital One's general unsecured proof of claim for $7,621.46 already filed against Debtor (POC No. 2); and for dismissal of the Adversary Proceeding with prejudice.

The proposed settlement is the product of good faith, arms-length negotiations between the parties. The Trustee has determined in his business judgment that the Agreement is fair and equitable and is in the best interest of the Estate.

///

///

**PLEASE TAKE FURTHER NOTICE** this Notice is qualified in its entirety by reference to the Motion and the attachments to the Motion, which are on file with the Clerk of the Bankruptcy Court. Creditors and parties-in-interest who desire further information are encouraged to review the Motion in its entirety.  Parties may contact the Trustee's counsel listed on the first page of this Notice for a full copy of the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Trustee is requesting that the court grant the motion without a hearing as provided for in LBR 9013-1(o).

**DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING**: Pursuant to LBR 9013-1(o), any party who opposes the Motion may request a hearing on the Motion. The deadline to file and serve a written opposition and request for a hearing is 14 days after the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).  If you timely file and serve a written opposition and request for a hearing, movant will file and serve a notice of hearing at least 14 days in advance of the hearing. [LBR 9013-1(o)(4)].

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(h), the court may treat your failure as a waiver of your right to oppose the Motion and may grant the Motion without further hearing and notice.

DATED: July 17, 2025                                    **MARGULIES FAITH, LLP**

By: */s/ Meghann A. Triplett*
    Meghann A. Triplett
    Samuel M. Boyamian
    Attorneys for Jeremy W. Faith,
    Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled **NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING COMPROMISE OF CONTROVERSY WITH CAPITAL ONE, N.A.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 17, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **July 17, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:** Service on Judge not required per Judge Barash's Procedures re: Serving Judge's Copy of Documents (Rev. 1/8/24).

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 17, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SENT VIA EMAIL**
**ATTORNEYS FOR CAPITAL ONE, NATIONAL ASSOCIATION:** Chritina J. Lesko, Esq. – christina.lesko@troutman.com & Jared D. Bissell, Esq. – jared.bissell@troutman.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 17, 2025 | Vicky Castrellon | /s/ Vicky Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

# ADDITIONAL SERVICE INFORMATION

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Jared D Bissell on behalf of Defendant Capital One, National Association**
jared.bissell@troutman.com,
carla.llarena@troutman.com;LitigationDocketRequests@troutman.com;LitigationDocket@troutman.com

**Deborah Challener on behalf of Defendant Citibank, National Association**
deborah.challener@arlaw.com

**Jeremy W. Faith (TR)**
Trustee@MarguliesFaithlaw.com, C118@ecfcbis.com;leedowding@gmail.com

**Christopher O Rivas on behalf of Defendant JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com;sean-wilson-0462@ecf.pacerpro.com

**Leslie A Tos on behalf of Debtor Sustenance Inc.**
Ltos@farmerandready.com, smeyer@farmerandready.com

**Meghann A Triplett on behalf of Plaintiff Jeremy W. Faith, Chapter 7 Trustee**
Meghann@MarguliesFaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com;Drew@MarguliesFaithLaw.com

**Meghann A Triplett on behalf of Trustee Jeremy W. Faith (TR)**
Meghann@MarguliesFaithlaw.com,
Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com;Drew@MarguliesFaithLaw.com

**United States Trustee (ND)**
ustpregion16.nd.ecf@usdoj.gov

**Larry D Webb on behalf of Creditor 8th SENSE, INC**
Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

**Larry D Webb on behalf of Creditor 8th SENSE, INC**
Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-9<br>Case 9:23-bk-10241-RC<br>Central District of California<br>Santa Barbara<br>Thu Jul 17 13:23:20 PDT 2025 | S. Briggs<br>10960 Wilshire Boulevard<br>Suite 1100<br>Los Angeles, CA 90024-3714 | Sustenance Inc.<br>c/o Alessandro M. Khan<br>793 E. Foothill Blvd, Suite A12<br>San Luis Obispo, CA 93405-1615 |
| Northern Division<br>1415 State Street,<br>Santa Barbara, CA 93101-2511 | 8th SENSE, INC<br>c/o KUTAK ROCK LLP<br>Saundra Wootton<br>777 South Figueroa Street<br>Los Angeles, CA 90017-5840 | A.S.A.P. Logistics, Ltd.<br>14805 175th Street<br>Jamaica, NY 11434-5509 |
| Alan D. Schindler<br>Greenspoon Marder LLP<br>1144 15th Street, Suite 2700<br>Denver, CO 80202-2847 | Alessandro M. Khan<br>793 E. Foothill Blvd, Suite A12<br>San Luis Obispo, CA 93405-1615 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One Spark<br>PO Box 60519<br>City of Industry, CA 91716-0519 | Christopher Frost<br>10960 Wilshire Blvd., Suite 1260<br>Los Angeles, CA 90024-3704 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| Franchise Tax Board<br>Business Entity Bankruptcy MS A345<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JP Morgan Chase Bank<br>Card Member Services<br>PO Box 6294<br>Carol Stream, IL 60197-6294 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>& Crane LLP<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | KRANJAC TRIPODI & PARTNERS LLP<br>Joseph Tripodi<br>30 Wall Street, 12th Floor<br>New York, NY 10005-2219 | Law Office of Daniel Friedman<br>Daniel Friedman, Esq.<br>5417 18th Avenue, Suite 102<br>Brooklyn, NY 11204-1928 |
| NATIONWIDE MEDICAL SUPPLY INC.<br>c/o Puneet Bhullar<br>Greenspoon Marder LLP<br>1875 Century Park East, #1900<br>Los Angeles, CA 90067-2519 | PRICE GLOBAL LOGISTICS, LLC<br>c/o Law Offices of Cameron D. Coy<br>Cameron D. Coy<br>26000 Towne Centre Drive, Suite 200<br>Foothill Ranch, CA 92610-3444 | Price Global Logistics, LLC<br>c/o Law Offices of Cameron D. Coy<br>26000 Towne Centre Dr., Suite 200<br>Foothill Ranch, CA 92610-3444 |
| U.S. Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155-2243 | United States Trustee (ND)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Jeremy W. Faith (TR)<br>16030 Ventura Blvd., Suite 470<br>Encino, CA 91436-4493 |
| Leslie A Tos<br>Farmer & Ready<br>1254 Marsh St<br>San Luis Obispo, CA 93401-3326 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.